UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

NEW YORK STATE TEAMSTERS CONFERENCE
PENSION & RETIREMENT FUND, by its Trustees,
et. al. and NEW YORK STATE TEAMSTERS
COUNCIL HEALTH & HOSPITAL FUND, by its
Trustees, et. al.,

                                    Plaintiffs,

        vs.

SYRACUSE MOVERS, INC.,

                                    Defendant.

**ORDER AND JUDGMENT**

Civil Case No.:
5:04-CV-0847 (NAM/DEP)

        The plaintiffs, New York State Teamsters Conference Pension & Retirement Fund ("Pension Fund") and the New York State Teamsters Council Health & Hospital Fund ("Health Fund"), having moved this Court ex parte for a default judgment against the defendant, and said motion having been granted on the 22 day of May, 2006.

        NOW, upon application of the law offices of Paravati, Karl, Green & DeBella, attorneys for plaintiffs, it is hereby

        ORDERED, ADJUDGED AND DECREED that the plaintiff, New York State Teamsters Conference Pension & Retirement Fund, have judgment against the defendant herein, Syracuse Movers, Inc., in the sum of $4,935.91 as and for unpaid employer contributions and liquidated damages; and plaintiff, New York State Teamsters Council Health & Hospital Fund, have judgment against the defendant herein, Syracuse Movers, Inc., in the sum of $12,606.77 as and for unpaid employer contributions and liquidated damages.

        IT IS SO ORDERED.

Dated: May 22, 2006
       Syracuse, New York

                                                          HON. NEAL P. McCURN
                                                          SENIOR U.S. DISTRICT COURT JUDGE